# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH ROSS,<br><br>                Plaintiff,<br><br>  v.<br><br>FRED MEYER STORES, INC., a foreign corporation; and ENGINEERED STRUCTURES, INC., a foreign corporation,<br><br>                Defendants. | NO: 2:16-CV-3106-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Order of Dismissal as to All Defendants (ECF No. 35). The parties have stipulated to the dismissal of this case with prejudice as to all Defendants and without an award of costs or fees to any party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this matter is **DISMISSED** with prejudice and without an award of costs or fees to any party.

2. All pending motions are denied as moot and all scheduled hearings are vacated from the Court's calendar.

The District Court Clerk is hereby directed to enter this order, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 26, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2